UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **DIRECTV INC.,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:03cv0646 AS |
| | ) | |
| **JOHN BABICK,** | ) | |
| **CHRISTOPHER P. BASILE,** | ) | |
| **RAUL CANO,** | ) | |
| **ANTHONY EDGINGTON,** | ) | |
| **KATHLEEN FRY,** | ) | |
| **LESLIE GIFFORD,** | ) | |
| **JEFF A. HASLEY** | ) | |
| **WILLIE HAZELETT,** | ) | |
| **RON KLINGER,** | ) | |
| **RICHARD KOMENDA,** | ) | |
| **STEVEN KOSELKE and** | ) | |
| **EDWARD McCAFFERTY,** | ) | |
| | ) | |
| Defendants | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **DIRECTV INC.,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:03cv0675 AS |
| | ) | |
| **RAUL CANO,** | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| **DIRECTV INC.,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:03cv0676 AS |
| | ) | |
| **ANTHONY EDGINGTON,** | ) | |
| | ) | |
| Defendant | ) | |

************************************

| | | |
|---|---|---|
| **DIRECTV INC.,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:03cv0677 AS |
| | ) | |
| **KATHLEEN FRY,** | ) | |
| | ) | |
| Defendants | ) | |

## *MEMORANDUM OPINION AND ORDER*

This court has before it the amended Report and Recommendation filed November 2, 2005 by Magistrate Judge Christopher A. Nuechterlein.  There have been no objections filed.  The recommendation is **ADOPTED**, and, therefore, cause number 3:03cv0646, *Directv, Inc. v. Babick* is **DISMISSED**.  **IT IS SO ORDERED**.

DATED:  November 29, 2005


                                        S/ ALLEN SHARP
                                        **ALLEN SHARP, JUDGE**
                                        **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein

2